IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| NECA-IBEW WELFARE TRUST FUND AND NECA-IBEW PENSION TRUST FUND, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | No.  05-3174 |
| ALBERT J. HOHIMER d/b/a HOHIMER ELECTRIC, | ) ) ) | |
| Defendant. | ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This matter comes before the Court on Plaintiffs NECA-IBEW Welfare Trust Fund and NECA-IBEW Pension Trust Fund's Motion for Default Judgment (d/e 7) against Defendant Albert J. Hohimer d/b/a Hohimer Electric (Hohimer).  For the reasons set forth below, Plaintiffs' Motion is ALLOWED.

On October 4, 2004, Magistrate Judge Byron G. Cudmore entered an Order of Default in Plaintiffs' favor and against Defendant Hohimer.  See October 4, 2004 Order (d/e 6).  Plaintiffs' Complaint has been duly

1

filed and served upon Defendant Hohimer, but Defendant has failed to answer or otherwise respond to Plaintiffs' Complaint.

THEREFORE, for the aforementioned reasons, Plaintiffs NECA-IBEW Welfare Trust Fund and NECA-IBEW Pension Trust Fund's Motion for Default Judgment is ALLOWED.  The Court hereby enters judgment in Plaintiffs' favor and against Defendant Hohimer for penalties, interest, and underpayment due the Plaintiffs, in the amount of $8,208.59.  Defendant is ordered to remit contribution reporting forms for the months of May, June and July 2005.  Defendant is ordered to perform and continue to perform all its obligations to the Plaintiffs, particularly to furnish to the Plaintiffs all required contribution reports and payments.  Further, Defendant is ordered to pay to the Plaintiffs their attorney fees in the amount of $1,581.75, as provided by the trust agreements and 29 U.S.C. § 1132(g)(2), and to pay all costs attendant to these proceedings.

IT IS THEREFORE SO ORDERED.

ENTER:  October 19, 2005.

FOR THE COURT:

        s/ Jeanne E. Scott
        JEANNE E. SCOTT
UNITED STATES DISTRICT JUDGE